U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: | Address: City, State and Zip Code: |
|---|---|
| Marcus A. Owens | Kenosha, WI |
| Date of Birth: | Occupation: |
| xx-xx- 1988 | |
| Name of Defendant's Attorney: | Address of Defendant's Attorney: |
| Anderson Gansner | Federal Defender Services |

| Name of U.S. Attorney: |
|---|
| Benjamin W. Proctor |

| Has warrant been issued? | When? | By Whom? |
|---|---|---|
| ☒ YES  ☐ NO | 2/9/2016 | David E. Jones |

| Has warrant been executed? | When? | Where? |
|---|---|---|
| ☒ YES  ☐ NO | 2/10/2016 | |

| Has defendant appeared before a Magistrate? | When? | Who? |
|---|---|---|
| ☒ YES  ☐ NO | 2/10/2016 | Nancy Joseph |

| Is the defendant in custody? | Where? |
|---|---|
| ☐ YES  ☒ NO | |

Pretrial Scheduling Conference Necessary?   ☐ YES   ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Kenosha

Minor Offense

Petty Offense

Arraignment & plea before:     Judge:     Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 2/25/15 | *Receipt of Child Pornography*, 18 U.S.C. § 2252A(a)(2) and (b)(1) | 5 to 20 years; $250,000; 5 years to life S/R; $100 S/A |
| 2 | 12/10/15 | *Receipt of Child Pornography*, 18 U.S.C. § 2252A(a)(2) and (b)(1) | 5 to 20 years; $250,000; 5 years to life S/R; $100 S/A |
| 3 | 2/4/16 | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | 20 years, $250,000; 5 years to life S/R; $100 S/A |

**Agency/Agent: FBI TFO Christina Porter**
**OCDETF: ☐ YES   ☒ NO**