# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> MARCUS A. OWENS, <br><br> Defendant. | Case No. 16-CR-38-JPS <br><br><br> **ORDER** |

On March 1, 2017, the defendant filed a motion to modify the protective order entered in this case by Magistrate Judge David E. Jones on March 4, 2016. (Motion, Docket #94; Protective Order, Docket #16). The defendant wishes to share certain discovery materials with an expert who will contribute to his presentation at sentencing. (Docket #94). These materials do not relate to the government's network investigative technique, the confidentiality of which was the focus of the protective order. *Id.* As it currently stands, however, the protective order would prevent the defendant's requested disclosure. *Id.* The next day, the government responded that it had no objection to the defendant's request. (Docket #95). It also supplied a stipulated proposed modification to the protective order. (Docket #95-1). The Court will modify the protective order in accordance with the parties' agreement.

Accordingly,

**IT IS ORDERED** that defendant's motion (Docket #94) to modify the protective order entered by Magistrate Judge David E. Jones in this case be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the protective order issued by Magistrate Judge David E. Jones on March 4, 2016, (Docket #16) be and the same is hereby modified to permit defense counsel to disseminate one written or electronic copy of discovery materials not related to the network investigative technique to the medical expert retained by the defense for the purpose of evaluating the defendant prior to sentencing; and

**IT IS FURTHER ORDERED** that those materials may not be further copied or disclosed by the medical expert, and defense counsel is to collect and destroy the copy of the materials after the expert has completed his or her work in this matter.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge