# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MARCUS A. OWENS,

                Defendant.

Case No. 16-CR-38-JPS

**ORDER**

On April 18, 2017, the government filed a motion for a preliminary order of forfeiture as to certain property of the defendant. (Docket #97). As part of his plea agreement, the defendant agreed to forfeit the property identified in the forfeiture notice of the Indictment. (*See* Docket #9 at 4-5, #88 at 9). The Court will, therefore, grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that all right, title, and interest in the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1. A Seagate FreeAgent GoFlex 320GB external hard drive bearing serial number NA03R9PF;

2. A Samsung NP-RV520 laptop containing a Samsung hard drive bearing serial number S26XJ9DB409821;

3. An Alienware X51 R2 desktop computer bearing serial number BY8V9Y1 and containing a Seagate 1TB hard drive bearing serial number Z1D5LVV2;

4. Two CD-R compact discs; and

5. An HP desktop bearing serial number 2MD0200QMH and containing a Western Digital hard drive bearing serial number WCC2EL033139; and

6. A Samsung NV30 digital camera bearing serial number CJ44C90Q404820H and containing a Kingston 4GB SD card.

**IT IS FURTHER ORDERED** that the above listed items shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge