# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

MARCUS A. OWENS,

                    Defendant.

Case No. 16-CR-38-JPS

**ORDER**

      On July 25, 2017, the government filed a motion for a final order of forfeiture and judgment as to certain property of the defendant. (Docket #115). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Benjamin W. Proctor, (Docket #116), and being satisfied that the terms and provisions of Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C) have been satisfied, will grant the motion.

      Accordingly,

      **IT IS ORDERED** that, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), the United States of America's motion for order of forfeiture and judgment (Docket #115) be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), the United States of America has clear title to the following items, and may dispose of the property according to law:

1. A Seagate FreeAgent GoFlex 320GB external hard drive bearing serial number NA03R9PF;

2. A Samsung NP-RV520 laptop containing a Samsung hard drive bearing serial number S26XJ9DB409821;

3. An Alienware X51 R2 desktop computer bearing serial number BY8V9Y1 and containing a Seagate 1TB hard drive bearing serial number Z1D5LVV2;

4. Two CD-R compact discs;

5. A HP desktop bearing serial number 2MD0200QMH and containing a Western Digital hard drive bearing serial number WCC2EL033139; and

6. A Samsung NV30 digital camera bearing serial number CJ44C90Q404820H and containing a Kingston 4GB SD card.

Dated at Milwaukee, Wisconsin, this 2nd day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge